UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL POSEY, III, | Case No.  2:24-cv-3019-JDP (P) |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On November 27, 2024, I ordered petitioner to submit, within thirty days, either the $5 filing fee or an application for leave to proceed *in forma pauperis*.[1] ECF No. 20. To date, petitioner has done neither.

To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for petitioner's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court

---

[1] The November 27, 2024, order was returned to the court as undeliverable. Petitioner has an obligation to keep the court apprised of his current address. *See* Local Rule 183. Petitioner is notified that, as of January 1, 2025, Local Rule 183 provides that "[i]f mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

1

1  has a duty to administer justice expeditiously and avoid needless burden for the parties.  *See*
2  *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.
3       Petitioner will be given a chance to explain why the court should not dismiss the case for
4  his failure either to pay the filing fee or to submit an application for leave to proceed *in forma*
5  *pauperis*.  Petitioner's failure to respond to this order will constitute a failure to comply with a
6  court order and will result in a recommendation that this action be dismissed.  Accordingly,
7  petitioner is ordered to show cause within twenty-one days why this case should not be dismissed
8  for failure to pay the filing fee, failure to prosecute, and failure to comply with court orders.
9  Should petitioner wish to continue with this action, he shall, within twenty-one days, either pay
10 the $5 filing fee or submit a complete application for leave to proceed *in forma pauperis*.  The
11 Clerk of Court is directed to send to petitioner the court's form application for leave to proceed *in*
12 *forma pauperis*.

IT IS SO ORDERED.

Dated:  January 10, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2