UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL POSEY, III, | No. 2:24-CV-03019-DC-JDP (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING HABEAS PETITION |
| UNITED STATES OF AMERICA, | |
| Respondent. | (Doc. No. 22) |

Petitioner Daniel Posey, III is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2025, the assigned magistrate judge issued findings and recommendations recommending this case be dismissed without prejudice for failure to pay the filing fee, failure to prosecute this action, and failure to comply with a court order. (Doc. No. 22.) Specifically, Petitioner failed to comply with the November 27, 2024 court order, in which the court directed Petitioner to file an application for his request to proceed *in forma pauperis* application or pay the required filing fee. (Doc. No. 20.) Petitioner did not thereafter file an *in forma pauperis* application or pay the required filing fee. Consequently, the magistrate judge issued an order to show cause on January 10, 2025, directing Petitioner to explain why the court should not dismiss the case due to his failure to pay the filing fee and/or file an *in forma pauperis*

1

1  application, to prosecute this action, and to comply with court orders. (Doc. No. 21.) Petitioner
2  did not thereafter file a response to the order to show cause or otherwise communicate with the
3  court.
4      The pending findings and recommendations were served on Petitioner and contained
5  notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc.
6  No. 22 at 3.) To date, no objections to the findings and recommendations have been filed, and the
7  time in which to do so has now passed.[1]
8      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
9  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
10 findings and recommendations are supported by the record and by proper analysis.
11     Having concluded that the pending petition must be dismissed, the court also declines to
12 issue a certificate of appealability. A petitioner seeking writ of habeas corpus has no absolute
13 right to appeal; he may appeal only in limited circumstances. *See* 28 U.S.C. § 2253; *Miller-El v.*
14 *Cockrell*, 537 U.S. 322, 335–36 (2003). If a court denies a petitioner's petition, the court may only
15 issue a certificate of appealability when a petitioner makes a substantial showing of the denial of
16 a constitutional right. 28 U.S.C. § 2253(c)(2). Where, as here, the court denies habeas relief on
17 procedural grounds without reaching the underlying constitutional claims, the court should issue a
18 certificate of appealability "if jurists of reason would find it debatable whether the petition states
19 a valid claim of the denial of a constitutional right and that jurists of reason would find it
20 debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529
21 U.S. 473, 484 (2000). In the present case, the court finds that reasonable jurists would not find the
22 court's determination that the pending petition must be dismissed to be debatable or wrong. Thus,
23 the court declines to issue a certificate of appealability.
24 /////

---

[1] The service copy of the court's November 27, 2024, and January 10, 2025, orders which were mailed to Petitioner at his address of record, were returned to the court marked as "Undeliverable, Return to Sender and Undeliverable, no longer here." Pursuant to Local Rule 183, Petitioner was required to file a notice of his change of address with the court. Accordingly, the court finds this is a separate ground from which to dismiss the petition without prejudice.

Accordingly,

1. The findings and recommendations issued on February 12, 2025 (Doc. No. 22) are ADOPTED in full;
2. The petition for writ of habeas corpus (Doc. No. 2) is dismissed without prejudice;
3. The court declines to issue a certificate of appealability; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 10, 2025**

Dena Coggins
United States District Judge

3